OPINION — AG — **** KINDERGARTEN NOT MANDATORY ELEMENT OF PUBLIC SCHOOL SYSTEM **** A PUBLIC SCHOOL DISTRICT IS NOT AUTHORIZED BY LAW TO ESTABLISH KINDERGARTEN ENROLLMENT AS A PREREQUISTE TO ENROLLMENT IN ELEMENTARY SCHOOLS. CITE: 70 O.S. 1970 Supp., 1-16 [70-1] — [70-16], OPINION NO. 69-184, 70 O.S. 1961, 10-10 [70-10-10], 70 O.S. 1970 Supp., 1210.101 [70-1210.101] (LARRY L. FRENCH) ** SEE: OPINION NO. 75-303 (1975) **